UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PALM,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEYSTONE RV COMPANY, et al.,<br><br>　　　　Defendants. | No. 1:21-cv-00381-JLT-EPG<br><br>ORDER GRANTING STIPULATED REQUEST TO MODIFY SCHEDULING ORDER<br><br>(ECF No. 21) |

　　　On February 11, 2022, the parties filed a stipulated request to modify the scheduling order. (ECF No. 21). As grounds, the parties state that they are exploring the possibility of settlement and modifying the schedule to extend deadlines will help them avoid the cost of litigation.

　　　The Court finds good cause to extend the deadlines. Accordingly, IT IS ORDERED that the Court's scheduling order (ECF No. 14) is hereby modified as follows, with all unmodified provisions of the scheduling order remaining in place:

///
///
///
///
///

1

| Event | Deadline | Amended Deadline |
|---|---|---|
| Non-expert Discovery Cutoff | January 28, 2022 | May 2, 2022[1] |
| Expert Disclosure | February 25, 2022 | June 17, 2022 |
| Rebuttal Expert Disclosure | March 25, 2022 | July 8, 2022 |
| Expert Discovery Cutoff | April 22, 2022 | July 8, 2022[2] |
| Deadline to File Dispositive Motions[3] | May 13, 2022 | July 22, 2022 |
| Pre-Trial Conference | September 14, 2022 | November 18, 2022, at 1:30 p.m. Courtroom 4 |
| Trial | Not set | Not set |

IT IS SO ORDERED.

Dated:   **February 14, 2022**           /s/ Erica P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] The parties requested May 1, 2022, but because that day is a Sunday, the Court has changed the date to May 2, 2022.

[2] While the parties proposed dates for initial and rebuttal-expert disclosures, they did not propose a separate date for the cutoff of all expert discovery. Accordingly, the Court uses the rebuttal-expert-disclosure deadline for the expert-discovery-cutoff deadline.

[3] No later than 14 days after any dispositive motions are ruled on, and if any claims remain, the parties shall email Courtroom Deputy Michelle Rooney at mrooney@caed.uscourts.gov regarding their intentions as to a settlement conference.