UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER PALM,<br><br>        Plaintiff,<br><br>v.<br><br>KEYSTONE RV COMPANY, et al.,<br><br>        Defendant. | Case No. 1:21-cv-00381-JLT-EPG<br><br>ORDER RE: STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 26) |

This matter is before the Court on the parties' joint stipulation dismissing this action with prejudice. (ECF No. 26). In light of the parties' stipulation, this action has been terminated, Fed. R. Civ. P. 41(a)(1)(A)(ii), and has been dismissed with prejudice. Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

    Dated:  __**May 20, 2022**__                      /s/ Erica P. Grosjean
                                                                        UNITED STATES MAGISTRATE JUDGE

1